## ONE BIG-SIX STUDEBAKER AUTOMOBILE, etc., et al. v. UNITED STATES.

(Circuit Court of Appeals, Ninth Circuit. May 28, 1923.)

No. 3934.

Internal revenue ⊚⟷2—Forfeiture of vehicles statute repealed by National Prohibition Act.

    Rev. St. § 3450 (Comp. St. § 6352), as to forfeitures of vehicles, was repealed by National Prohibition Act.

In Error to the District Court of the United States for the District of Montana; George M. Bourquin, Judge.

Proceeding by the United States to forfeit one Big-Six Studebaker automobile, tools, and accessories; Harvey Noble, claimant. Decree of forfeiture, and claimant brings error. Reversed.

Freeman, Thelen & Frary, of Great Falls, Mont., for plaintiffs in error.

John L. Slattery, U. S. Atty., and Ronald Higgins and W. H. Meigs, Asst. U. S. Attys., all of Helena, Mont.

Before GILBERT and RUDKIN, Circuit Judges, and WOLVERTON, District Judge.

PER CURIAM. This is a proceeding under section 3450 of the Revised Statutes (Comp. St. § 6352) to forfeit an automobile used in the transportation of intoxicating liquor. In McDowell v. United States, 286 Fed. 521, decided February 5, 1923, this court held that section 3450 was repealed by the National Prohibition Act (41 Stat. 305).

For the reasons there stated, the decree is reversed.